# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY HARTPENCE,** *owner of* *Hartpence Farms*, | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:13-0626** |
| | : |
| **v.** | |
| | :      **(JUDGE MANNION)** |
| **MADISON TOWNSHIP,** *et al.,* | |
| | : |
| **Defendants** | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the motion to dismiss the plaintiff's amended complaint filed on behalf of defendants James Damski and Building Underwriters of Pennsylvania, Inc., **(Doc. No. 2)**, is **GRANTED**;

**(2)** the motion to dismiss the plaintiff's amended complaint filed on behalf of defendants Madison Township, Madison Township Supervisors, Andy Nazarenko, Charles Frey, Philip Setzer and Howard Stevens, **(Doc. No. 4)**, is **GRANTED**;

**(3)** the plaintiff's amended complaint, **(Doc. No. 1)**, is **DISMISSED WITH PREJUDICE**; and

**(4)**   the Clerk of Court is directed to **CLOSE THIS CASE**.


                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date:  February 24, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0626-01.ORDER.wpd